**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

DONNIE S. MOORE              :
#14980-056
    Plaintiff              :

v.                           :        CIVIL ACTION NO.  JFM-06-3267

TIM M. SMITH, et al.         :
    Defendants

**MEMORANDUM**

On December 5, 2006, plaintiff pro se, an inmate at the Federal Correctional Institution in Cumberland, Maryland, filed correspondence in which he contends that he is being forced to remain in solitary confinement for a medical condition. He further claims that he is being retaliated against by prison staff. The case will be dismissed without prejudice.

On December 15, 2006, the court construed plaintiff's letter as a prisoner civil rights complaint filed under 42 U.S.C. § 1983, and granted him twenty days to file a supplement and to either provide the $350.00 civil filing fee or file a motion for leave to proceed in forma pauperis. Plaintiff was cautioned that failure to timely comply with the order could result in dismissal of his claims without prejudice.

The twenty-day period has expired. Plaintiff has not provided the court with any additional information regarding the nature of his medical condition, specified why he thinks he is the object of retaliation, or detailed any alleged constitutional violations. Plaintiff's general observation that several "self-help litigation books" have "mysteriously disappeared", without more, is insufficient to state a cause of action. Further, plaintiff has failed to move for leave to proceed in forma pauperis or provide the civil filing fee. An order consistent with this memorandum follows.


January 18, 2007                    /s/
_____
Date                                J. Frederick Motz
                                 United States District Judge